Jack Garyth Poulson, Esq.
Attorney for Plaintiff
POULSON & WOOLFORD, LLC
636 Harris Street
Juneau, Alaska 99801
(907) 586-6529
jack@poulsonwoolford.com

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA
### AT NOME

| | |
|---|---|
| BLANE BARRY, ) | Case No. 2:15-CV-        (      ) |
| Plaintiff, ) | |
| v. ) | |
| SHELL OIL COMPANY, and ) ARCTIA OFFSHORE, LTD, ) | |
| Defendants. ) | **COMPLAINT** |
| ) | **JURY TRIAL REQUESTED** |

Plaintiff Blane Barry, through counsel, Poulson & Woolford LLC, in association with Arnold & Itkin, LLP, alleges against the above named defendants as follows:

**PRELIMINARY ALLEGATIONS**
(Parties, Jurisdiction and Venue)

1. Plaintiff Blane Barry is a resident of Louisiana.

2. Defendant Shell Oil Company is a Delaware corporation with its principal place of business in Texas, and conducts business in Alaska.

3. Defendant Arctia Offshore LTD is a foreign entity that conducts business in Alaska.

4. The amount in controversy herein, exclusive of interest and costs, exceeds the jurisdictional threshold of this Court. The Court has subject matter jurisdiction on that basis as to claims asserted against the defendants given the diversity of citizenship of the parties, pursuant to 28 U.S.C. 1332.

POULSON & WOOLFORD, LLC
636 Harris Street
Juneau, Alaska 99801
(907) 586-6529 Fax: (907) 586-6329

5. Venue is proper in this Court, which is an eligible forum within the meaning of 45 U.S.C. 56, in that Defendants are conducting business in Alaska, and a substantial portion of the alleged actions and omissions occurred in Alaska.

## OPERATIVE FACTS

6. On or about August 17, 2012, Plaintiff was a crewmember on the *MSV NORDICA,* on navigable waters in Alaska. During the course of conducting vessel operations, the Plaintiff sustained serious injuries while lifting heavy cables.

7. Plaintiff was thereafter disabled from continuing his work duties aboard the vessel and was evacuated for medical treatment.

8. As a consequence of the injury, Plaintiff sustained substantial cervical spine, and other damage. Plaintiff has undergone extensive medical treatment and convalescence, which remain ongoing.

9. The Defendants or their agents owned, managed or operated the *MSV NORDICA.*

## FIRST CAUSE OF ACTION
(Negligence)

10. Plaintiff incorporates all of the foregoing allegations by reference.

11. This action arises under the general maritime law of the United States.

12. Defendants or their agents owed plaintiff a duty of reasonable care under the circumstances.

13. Defendants or their agents were negligent in failing to properly supervise their crew.

14. Defendants or their agents were negligent in failing to properly train their employees.

15. Defendants or their agents were negligent in failing to provide adequate safety equipment.

16. Defendants or their agents were negligent in failing to provide adequate medical treatment.

17. Defendants or their agents were negligent in operating the vessel with an inadequate crew.

18. Defendants or their agents were negligent in failing to properly maintain the vessel.

19. Defendants or their agents were negligent per se due to violating applicable Coast Guard, OSHA, BSEE, and other rules.

20. Defendants' negligent conduct breached the duty of care owed to the plaintiff.

21. As a result of defendants' negligence, plaintiff has lost earnings and earning capacity in an amount to be determined at the time of trial.

22. As a result of defendants' negligence, plaintiff has incurred medical expenses, past and future, in an amount to be determined at the time of trial.

23. As a further result of defendants' negligence, plaintiff has endured and will continue to endure physical and emotional pain and suffering and loss of enjoyment of life, in an amount to be determined at the time of trial.

### THIRD CAUSE OF ACTION
(Negligence Per Se)

24. Plaintiff incorporates all of the foregoing allegations by reference.

25. Defendants violated laws and regulations intended to further Plaintiff's safety.

POULSON & WOOLFORD, LLC
636 Harris Street
Juneau, Alaska 99801
(907) 586-6529 Fax: (907) 586-6329

POULSON & WOOLFORD, LLC
636 Harris Street
Juneau, Alaska 99801
(907) 586-6529 Fax: (907) 586-6329

26. Defendant's violation of these laws and regulations resulted in injury and damages to Plaintiff, and Defendant is thus negligent *per se*.

### THIRD CAUSE OF ACTION
(Unseaworthiness)

27. Plaintiff incorporates all of his foregoing allegations by reference.

28. This action arises under the general maritime law of the United States.

29. By operation of law, the vessel's owner and/or operator warranted to Plaintiff that the *MSV NORDICA*, and all of her appurtenances, crew, procedures and gear, were reasonably fit for their intended service in the trade in which it was engaged.

30. Defendants breached said warranty, in that the *MSV NORDICA*, her appurtenances, crew, procedure, and/or gear were not reasonably fit.

31. As a result of Defendants' breach, Plaintiff has suffered substantial damages as stated above.

**WHEREFORE**, Plaintiff requests judgment against Defendants, jointly and severally, in an amount exceeding the jurisdictional limit of this Court, the exact amount to be proved at trial, for the following:

1. General and special damages;
2. Prejudgment and post judgment interest;
3. Attorney fees and costs as allowed by law;
4. Punitive damages if merited; and,
5. Such further relief as the Court deems appropriate.

DATED this 17th day of July, 2015 at Juneau, Alaska.

POULSON & WOOLFORD LLC
636 Harris Street
Juneau, Alaska 99801
(907) 586-6529

jack@poulsonwoolford.com
Attorneys for Plaintiff

By: _____
    Jack Garyth Poulson
    Alaska Bar No. 8711104

POULSON & WOOLFORD, LLC
636 Harris Street
Juneau, Alaska 99801
(907) 586-6529 Fax: (907) 586-6329

COMPLAINT
Barry v. Shell Oil & Arctia Offshore
Page 5 of 5

Case 2:15-cv-00004-JWS   Document 1   Filed 07/20/15   Page 5 of 5